The Central Railroad and Banking Company *vs.* Smith.

affidavit of illegality against any execution which may be issued against him : or, as the provisions of said act are made to apply to proceedings pending at the time of its passage, he may, if he appears and has a hearing before the commissioners, enter an appeal from their decision to the superior court.

TRIPPE, Judge.

---

THE CENTRAL RAILROAD AND BANKING COMPANY, plaintiff in error, *vs.* IVERSON T. SMITH, defendant in error.

When goods which have been transported by a railroad company were destroyed by fire in the depot to which they had been conveyed, and where they were to be delivered to the owner, suit may be brought by the latter against the company in the county where such cause of action arose, tcwit : where the goods were destroyed.

TRIPPE, Judge.

---

JOSEPH SCOGIN *et al.*, plaintiffs in error, *vs.* JEREMIAH BEALL, executor, defendant in error.

The affidavit of illegality was based upon grounds which had been adjudicated adversely to affiant by this court upon a former writ of error in this case, and there was no error in dismissing the second affidavit.

TRIPPE, Judge.

---

J. M. BORN, JR., & COMPANY, plaintiffs in error, *vs.* GEORGE J. DALLAS *et al.*, defendants in error.

If there be facts and circumstances from which it may be reasonably inferred that a partnership, after the accession of a new partner, with his knowledge or consent, acted upon and continued a former course of dealings with certain customers, growing out of an agreement that the separate debt of one of the partners due such customers might be set off against purchases made by them from the firm, and a new trial has been granted on the hear-